IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02180-AP

STEVEN D. BARBER,

      Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:
    FREDERICK W. NEWALL
    730 N. Weber, #101
    Colorado Springs, Colorado 80903
    (719) 633-5211
    (719) 635-6503 (fax)
    newallfrederickw@qwest.net

    **For Defendant:**
    THOMAS H. KRAUS
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-0017
    tom.kraus@ssa.gov

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1) .

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.   Date Complaint Was Filed:** 10/30/06.

    **B.   Date Complaint Was Served on U.S. Attorney's Office:** 11/15/06.

    **C.   Date Answer and Administrative Record Were Filed**: 01/15/07.

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The partes, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.     PROPOSED BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due:**  03/22/07.

    **B.    Defendant's Response Brief Due:**  05/01/07.

    **C.    Plaintiff's Reply Brief (If Any) Due:**  05/08/07.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:**  Plaintiff does not request oral argument.

    **B.     Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
*Indicate below the parties' consent choice.*

    **A.     ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.     (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this <u>13th</u> day of <u>February</u>, 2007.

                                                BY THE COURT:

                                                *S/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

                                        UNITED STATES ATTORNEY

| s/ Frederick W. Newall | s/ Thomas H. Kraus |
|---|---|
| FREDERICK W. NEWALL | By: THOMAS H. KRAUS |
| 730 N. Weber, #101 | Special Assistant U.S. Attorney |
| Colorado Springs, Colorado 80903 | 1961 Stout St., Suite 1001A |
| (719) 633-5211 | Denver, Colorado  80294 |
| (719) 635-6503 (fax) | (303) 844-0017 |
| newallfrederickw@qwest.net | tom.kraus@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant |