IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2180-AP**

**STEVEN D. BARBER,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

## AMENDED ORDER OF REMAND

---

Kane, J.

Plaintiff 's  Unopposed Motion to Change Administrative Law Judge and for a De Novo Hearing Upon Remand (doc. #17), filed June 13, 2007.  is **GRANTED**.  The Order of Remand (doc. #15), entered on June 12, 2007, is AMENDED to reflect that, upon remand, this matter shall be assigned to a different  Administrative Law Judge for a de novo hearing. As previously ordered, this civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  June 14, 2007.

BY THE COURT:

_S/John L. Kane_
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT